THE NORTH HUDSON COUNTY RAILROAD COMPANY, PLAINTIFFS IN ERROR, v. CHARLOTTE VANDERBECK, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiffs in error, *J. C. & S. H. Besson.*

For the defendant in error, *Joseph F. Randolph.*

PER CURIAM.

The judgment of the court below in this case should be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, DIXON, PARKER, REED, SCUDDER, BROWN, MC-GREGOR, PATERSON, WHITAKER. 11.

*For reversal*—None.